Dismissed and Memorandum Opinion filed May 25, 2006









Dismissed and Memorandum Opinion filed May 25, 2006.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-06-00253-CV

____________

 

KATY INDEPENDENT SCHOOL DISTRICT,
Appellant

 

V.

 

G & P
OFFICE FURNITURE, LTD., Appellee

 



 

On Appeal from the
240th District Court

Fort Bend County,
Texas

Trial Court Cause
No.
06CV147075

 



 

M E M O R A N D U M   O P I N I O N

This is an accelerated appeal from an order denying appellant=s plea to the jurisdiction signed on
March 1, 2006.  On May 17, 2006,
appellant filed an agreed motion to dismiss the appeal because the case has
been settled.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed May 25, 2006.

Panel consists of Chief Justice Hedges and Justices
Yates and Guzman.